Dated: February 26, 2016
Syracuse, New York

Hon. Margaret Cangilos-Ruiz
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Case No. 15-31175

In Re:

Chapter 7

Matthew S. Gibson & Sharon L. Gibson

Debtors

ORDER DENYING MOTION

That the above named Debtors, having moved on January 4, 2016 at 10:00 AM for an Order of this Court vacating the Order of Dismissal entered on December 21, 2015 in this matter and said notice of the motion having been served on all interested parties and the Court having reviewed all of the pleadings and proceedings and due deliberation having been had thereon, it is accordingly,

ORDERED, THAT THE MOTION IS DENIED.

###